Trudy Sobocienski
Pro Se
3657 Teak Crest Dr., Las Vegas, NV 89147
907-306-5745 | tsobocienski@gmail.com

United State District Court

DISTRICT OF NEVADA

| | |
|---|---|
| Trudy Sobocienski,<br><br>    Plaintiff,<br><br>vs.<br><br>Diana Haeker, Gloria Karmun, Peggy Fagerstrom, Chuck Fagerstrom, Charles Fagerstrom, Barbara Amarok, Edna "Becka" Baker, Marie Tozier, Austin Ahmasuk, the Nugget Newspaper<br><br>    Defendant | **2:20-cv-01703-KJD-VCF**<br><br>COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS |

I am the Plaintiff. My name is Trudy Sobocienski and I reside at 3657 Teak Crest Drive, Las Vegas, NV 89147. All defendants reside in Alaska.

### BASIS FOR JURISDICTION

The diversity of residency and U.S. Statutory Claims establish the US District Court of Nevada as the proper venue and jurisdiction for this lawsuit.

### LIST OF LAWS VIOLATED

- 15 U.S.C. § 1802 - U.S. Code - Unannotated Title 15. Commerce and Trade § 1802.
- 18 U.S.C. chapter 96– Racketeering
- 18 U.S.C Chapter 63 – Mail Fraud
- 18. U.S.C. Chapter 1348 – Securities and Commodities Fraud

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

- U.S. Constitution - the Fifth and Fourteenth Amendments to the United States Constitution each contain a due process clause.
- False Light Violation
- Defamation
- 42 U.S. Code Section 1985. Conspiracy to Interfere with Civil Rights.

**Conspiracy Against Rights** Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any **right** or privilege secured by the Constitution or laws of the Unites States or because of his or her having exercised such a right. (*Plaintiff reported this violation of law to the U.S. Department of Justice – Attorney General's Office requesting a criminal investigation since the acts rise to the definition of Criminal Act of Conspiracy to Interfere with Civil Rights and it is still within the statute of limitations for that crime*).

## PLAINTIFF

**Plaintiff** had a professional reputation in the Alaska Native and American Indian Business Community that began in 2002 when she was selected as the youngest-ever President and CEO for the statewide organization, the Alaska Native Health Board. She was a statewide, national, and international speaker on Alaska Native policy and health system/infrastructure issues. She spoke at the Indigenous People of the America's Conference in Buenos Aries, Argentina in 2005. She was a guest author published in the international journal – Cultural Survival.

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

**Plaintiff's** professional reputation and brand carried forward after she was married in 2008 and her married name became Trudy Sobocienski. Sobocienski was selected and served as Sitnasuak Native Corporation's first-ever woman President/CEO in 2009-2010. She was featured in the Washington Post, the Alaska Dispatch News, and other news outlets throughout Alaska and the nation. In 2010-2012 while serving as the Chief Executive Officer for Deloycheet, Inc.; Sobocienski was featured in the Anchorage Daily News, Bristol Bay Times, Arctic Sounder, and was featured on statewide news stories. www.trudysobocienski.com is Plaintiff's website where she features commentary and opinion articles on Alaska Native business, lifestyle, legal, and political issues. This site also hosts Plaintiff's webpage of the Trudy Sobocienski® women-owned, minority-owned, and Alaska Native-owned business services for government contracting.

**Plaintiff** and two other defendants were sued by this former employer, Deloycheet July 2013. That corporation alleged Sobocienski and other defendants committed fraud, conspiracy of fraud, and conversion. Sobocienski represented herself, unsuccessfully (April 2016). However, she secured a Pro Bono attorney to assist her with the post-trial filings. The attorney negotiated a settlement agreement between Sobocienski and the corporation before any judgement was entered. The case was dismissed without further action (August 2017).

**Plaintiff** was elected May 2014 to serve the board of directors for Sitnasuak Native Corporation. She had served as a board member in 2008 and the President/CEO 2009-2010.

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

# DEFENDANTS

- Defendant Diana Haeker was a journalist at the Nome Nugget Newspaper during the timeframe that these causes of action took place.

- Defendant Gloria Karmun was an employee of the Nome Nugget Newspaper during the timeframe that these causes of action took place. Gloria Karmun was and is a shareholder of the Sitnasuak Native Corporation. Gloria Karmun was a candidate running for the board of directors for Sitnasuak Native Corporation.

- Defendant Peggy Fagerstrom was an employee of the Nome Nugget Newspaper during the timeframe that these causes of action took place. Peggy Fagerstrom was and is a shareholder of the Sitnasuak Native Corporation. Peggy Fagerstrom is the wife of Chuck Fagerstrom, disgruntled ex-employee of Sitnasuak Native Corporation. Peggy Fagerstrom is the mother of middle-aged son, Charles Fagerstrom.

- Defendant Chuck Fagerstrom was the ex-employee of Sitnasuak Native Corporation. Chuck received 2 enforcement orders from the State of Alaska Banking and Securities for violating election laws during Sitnasuak Native Corporation elections.

- Defendant Charles Fagerstrom is the middle-aged son of Peggy and Chuck Fagerstrom. Charles received 1 enforcement order from the State of Alaska Banking and Securities for violating election laws during Sitnasuak Native Corporation elections. Charles was sued by Sitnasuak in 2018 for election

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS
- 1

tampering. Charles admitted to mailing false and misleading statements to over 1,000 shareholders against Plaintiff.

- Defendant Barbara Amarok is a shareholder and a seated board member during the timeframe of these acts. Barbara Amarok was sued by Sitnasuak Native Corporation for election violations. Barbara Amarok filed complaints against Plaintiff in 2014 and 2015 with the Alaska Division of Banking and Securities alleging proxy disclosure violations. Both investigations cleared Plaintiff from any wrongdoing. Barbara Amarok, as a seated board member, filed a complaint against Sitnasuak Native Corporation for proxy violations in 2016. Sitnasuak Native Corporation was found to have violated proxy disclosures and complied with the terms of the State of Alaska. *Chuck Fagerstrom was the President of Sitnasuak Native Corporation and was responsible for approving and distributing proxy disclosures to shareholders when these violations took place.

- Defendant Edna "Becka" Baker was a shareholder and later elected to the Board of Directors of Sitnasuak Native Corporation. Edna was sued by Sitnasuak Native Corporation for election violations. Edna is the half-sister of Plaintiff's husband, Columbus Sobocienski. Edna was sued by Plaintiff and Columbus to demanding access to Columbus' father, Stanley Sobocienski, to visit him before his death in 2011. The court sided with Plaintiff and Columbus, which allowed them access to see his father before he died.

- Defendant Marie Tozier is a shareholder of Sitnasuak and was a candidate for the board during the timeframe of these bad acts. Marie Tozier was sued by

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

Sitnasuak for election tampering. Marie Tozier received and enforcement order from the State of Alaska Banking and Securities Division for election violations.

- Defendant Austin Ahmasuk is a shareholder of Sitnasuak Native Corporation. Austin received an enforcement order from the State of Alaska Banking and Securities Division for violation election laws. The Alaska Civil Liberties Union is representing Austin Ahmasuk in a freedom of speech case against the State of Alaska Division of Banking and Securities for beforementioned enforcement order against him. This case is being deliberated by the Alaska Supreme Court currently.

## CAUSE OF ACTION – DEFAMATION

Defendants demonstrated their intent through their actions and non-actions.

Defendants demonstrated intent to defame Plaintiff's reputation in multi-year conspiracy. This groups action was organized, planned, and they each carried out actions that assassinated Plaintiff's reputation. These actions caused irreparable damages financially and emotionally.

Defendant Nome Nugget Newspaper was the means used by opportunistic employees and members of this racketeering ring. They engaged in using "Black Hat" illegal search engine optimization practices in the source page coding of an article that was published April 15, 2016 about Plaintiff.

Entrepreneur.com states, "There are two main kinds of search engine optimization: white hat and black hat SEO. White hat websites use legitimate

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

techniques to rank for keywords that are relevant to its content. Black hat content is geared towards search engines, not humans. This means misleading both the reader and the algorithms". https://www.entrepreneur.com/article/331480

Below is one example of the 'Black Hat" techniques defendants used to increase the Search Engine Optimization (SEO). The effect of their coding choices is so that when Plaintiffs name is entered into a search engine, this article ranks higher in Google Search Engine Results Pages.

[screenshot of HTML source code from www.nomenugget.com]

## MOTIVE

Defendants motive was larger than just defaming and injuring Plaintiff.

"Larger Motive"

Charles Fagerstrom was re-elected to the board of directors for Sitnasuak in 2018. He is the son of Peggy and Chuck Fagerstrom. The State of Alaska Division of Banking and Securities published enforcement orders against both Charles and Chuck

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

Fagerstrom because both men violated the Alaska Native Corporation election rules in their efforts to gain control of the corporation.

Within months of Charles serving on the board with his co-conspirators who – after years of defaming others – had the majority vote on the board; he was selected to be the Chief Executive Officer for the Corporation with a salary over $300,000.

Charles Fagerstrom does not have a background in the highly regulated U.S. Small Business Administration 8(a) program. He also does not have experience in any C-level role at a For-Profit Corporation of any sort. He did not meet the minimum qualifications for the published job description. Sitnasuak Native Corporation does have a Shareholder Hire Preference policy. Another shareholder with much more than the basic qualifications for the CEO position had submitted his application and was interviewed. He was passed over, by an unqualified person who 1) violated corporation election rules – per the State of Alaska Division of Banking and Securities and 2) did not meet the qualifications.

The Sitnasuak Board majority restructured the Executive Management Team by removing Officer-level positions and instead engaged with former Sitnasuak CEO, Richard Strutz, to teach Charles how to do his job. Strutz contract is over $200,000.

Sitnasuak Native Corporation has a leadership program in place. This major change to accommodate the board majorities friend and award him a salary of over $300,000 without being qualified removed the opportunity for other shareholders that likely would have submitted their application for consideration if the board disclosed to shareholders that they open to a 'training' program for that CEO position.

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

Defendant Marie Tozier, who was found to have violated election rules by the State of Alaska with the intent to affect the outcome of the private corporation - Sitnasuak's, election. Tozier was a Defendant sued by Sitnasuak Native Corporation for her participation in the scheme. This group paid over $25,000 to Tozier's attorney to pay for the lawyer fees in lawsuit she was a defendant in in 2018.

Defendant Gloria Karmun, now 1st Vice Chair of Sitnasuak is Marie Tozier's Aunt. This Sitnasuak board majority recently authorized to pay over $25,000 for Marie Tozier's legal bills from the Sitnasuak v. Fagerstrom, Baker, Amarok, and Tozier State of Alaska lawsuit.

## OPPORTUNITY

A group of shareholders, led by a disgruntled ex-employee, Chuck Fagerstrom, of Sitnasuak began a campaign that lasted for over 4 years defaming Sobocienski and weaponized a local newspaper, the Nome Nugget, to publish and distribute their storyline to gain control of the corporation assets to carry out their self-dealing scheme.

Defendants had the **OPPORTUNITY** and used their positions and influence at the Nome Nugget Newspaper to carry out their scheme. Defendant Diana Haeker authored lies, half-truths, creating a storyline to achieve the conspirator's goal. Chuck Fagerstrom went so far as creating a villainous name for the board members he wanted ousted, shamed, and harmed. He quipped them as "The Sitnasuak Six" where Plaintiff was named as one of "The Sitnasuak Six."

The Defendants, as long-time employees of the Nome Nugget had the opportunity and used their position to defame and cause injury to Plaintiff by executed a multiple of

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

strategies to achieve their larger goal of taking control of the Sitnasuak Native Corporation assets.

### MEANS (FALSE LIGHT)

Defendants intentionally damaged the reputation by the ongoing action of omitting key information regarding the facts in the article published on April 15, 2016. Defendants intentionally damaged the reputation and harmed Plaintiff by distributing their 'anonymous' mailer to over 1,000 shareholders.

**Plaintiff** claims the intent is further demonstrated when comparing articles written by the same author with similar civil suit allegations. The difference is blatant in reading the articles where Trudy Sobocienski was the Defendant in the first article. The second, third, and fourth article were about the Defendants who were and are parties to the scheme.

http://www.nomenugget.com/news/jury-finds-nome-woman-committed-fraud-breech-fiduciary-duty-civil-lawsuit
FRI, 04/15/2016 - 4:42PMadmin
Shared on Facebook - **59.3K**
Forwarded by Email - **3238**
**BY DIANA HAECKER**

....." Seeking comment from Trudy Sobocienski, she asked to delay all statements to a later date in time and then deferred to her attorney as she at press time was in a hospital.
**SNC Settles Lawsuit**
... By: Diana Haecker On Tuesday afternoon, **Sitnasuak** Native Corporation issued a press release, stating that a settlement ...
admin - **05/04/2018 - 4:03pm**

**2018: Year in Review**
... shipping season to begin around June 1. SNC **settles** lawsuit
The **Sitnasuak** Native Corporation reports a settlement has been reached in a civil ...
admin - **01/11/2019 - 2:37pm**

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

http://www.nomenugget.com/news/sitnasuak-native-corp-and-directors-come-settlement

THU, 05/24/2018 - 8:54PM

BY: DIANA HAECKER

"According to a statement released by the defendants, the lawsuit was stressful and expensive. "But we are happy to have reached a settlement that we genuinely think leaves Sitnasuak shareholders better off than they were before," the statement said.

The statement also says that Sitnasuak will be adopting new election rules that are going to make campaigning easier. "They provide for a neutral election judge to approve proxy solicitations in advance, so shareholders will know they are safe to distribute. This will help ensure lawsuits like this don't happen again," the statement reads.

"We are committed to staying involved with SNC because we want the best for our shareholders now and in the future. How our corporation is governed now is so important to future generations. We are excited to be moving forward with the election, excited that Barb and Marie will be on the proxy card, and grateful to all the shareholders who have supported us," the defendants' statement reads. "Most of all, we are honored to have been a part of bringing this positive change to the corporation."

**Plaintiff** communicated on email with Diana Haeker and legal counsel for the Nome Nugget Newspaper on many occasions that were all ultimately denied.

## PRAYER FOR RELIEF

**Plaintiff** seeks all remedies available.

**Plaintiff** seeks punitive damages for the continuance of their illegal enterprise and recent 2018 act of further depicting the Plaintiff in a False Light.

Dated this 9th day of September 2020.

*Trudy Sobocienski*
Pro Se, Trudy Sobocienski®

COMPLAINT OF WILLFUL AND WANTON ACTS OF DEFAMATION, RICO ACT VIOLATIONS - 1

Sobolenski, T.
3657 Teak Crest Dr.
Las Vegas, NV 89147

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

SEP 14 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

U.S. District Co
District of N
333 Las Vegas
Las Vegas, N