UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUDY SOBOCIENSKI,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DIANA KAEKER, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01703-KJD-VCF<br><br>**ORDER DENYING AS MOOT MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　Before the Court for consideration is the Report and Recommendation (ECF #6) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered December 1, 2020, recommending that Plaintiff's Complaint (ECF #1-3) be dismissed. Plaintiff filed an objection to the report and recommendation on December 11, 2020. (ECF #7)

　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2 and determines that the Court does not have personal jurisdiction over the defendants and venue in the district of Nevada is improper. "For a court to exercise personal jurisdiction over a nonresident defendant, that defendant must have at least 'minimum contacts' with the relevant forum such that the exercise of jurisdiction 'does not offend traditional notions of fair play and substantial justice.'" Schwarzenegger v. Fred Martin Motor Co., 374 F.3d 797, 801 (9th Cir. 2004) (quoting Int'l Shoe Co. v. Washington, 326 U.S. 310, 316 (1945)). All the defendants in this action are residents of Alaska and are not alleged to have any contacts with Nevada. As such, this Court will not make any rulings or consider the amended complaint. Additionally, pursuant to 28 U.S.C. § 1391(b), the District of Nevada is not the proper venue for this action. None of the defendants are residents of Nevada, none of the events giving rise to the claim took place in Nevada, and there is another district in which the action could be filed. The action is hereby transferred to the District of Alaska pursuant to

| | |
|---|---|
| 1 | 28 U.S.C. § 1404(a). |
| 2 | IT IS THEREFORE ORDERED that the action be transferred to the District of Alaska. |
| 3 | IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation |
| 4 | (ECF #6) is **DENIED** as moot. |
| 5 | Dated this 3rd day of March, 2021. |

                                                Kent J. Dawson
                                                United States District Judge